UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Yvette Vega Molina          CIVIL NO. 98-2343 (DRD)

v.

Defendant(s) The State Chemical Sales Co., Inc.

| MOTION | ORDER |
|---|---|
| Docket entry no. 20 | ❑ GRANTED. |
| Date: March /21/2000. | ❑ DENIED. |
| Title: Request for entry of default & sanctions | ❑ MOOT. |
| | ❑ NOTED. |
| Defendant State Chemical is ordered to show cause within five (5) days why default should not be entered. Failure to comply will result in entry of default. Plaintiff's request for | sanctions is denied. |

IT IS SO ORDERED.

Date: May /8/2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE