UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YVETTE VEGA MOLINA,

v.                                          Case Number: 98-2343 (DRD)

THE STATE CHEMICAL COMPANY
INTERNATIONAL, INC.

## ORDER

On March 1, 2001, the Court issued an Order which reads as follows:

"On September 29, 2000, the defendants filed a Motion for Summary Judgment Based on Admitted Facts and a Motion Requesting the Unopposed Consideration of Motion for Summary Judgment on October 17, 2000. (Docket Nos. 25 and 26). Plaintiff has not filed a response and an opposition is overdue. See Local Rule 311.5 ("If the respondent opposes a motion, he or she shall file a response within ten (10) days after service of the motion ..."). In addition, the last motion filed by plaintiff was on March 21, 2000, more than nine (9) months as of date. Therefore, the Plaintiff is hereby **ORDERED TO SHOW CAUSE by March 15, 2001 at 5:00 p.m.** why this case should not be dismissed: 1) by granting defendants' unopposed Motion for Summary Judgment; **and/or** 2) lack of prosecution. Given the amount of time since the Defendant filed its motion, this deadline shall strictly enforced and **NO extensions shall be granted.**"

(Docket No. 27). The Plaintiffs have failed to respond. Therefore, the Court hereby **DISMISSES** this case **WITH PREJUDICE** for Plaintiffs' unjustified inactivity in the prosecution of this case, and failure to comply with the Court's unambiguous Order.

**IT IS SO ORDERED.**

Date: March 20, 2001                                    DANIEL R. DOMINGUEZ
                                                         U.S. District Judge

P:\PeachOrders\98-2343 osc

