UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YVETTE VEGA MOLINA,

v.

THE STATE CHEMICAL COMPANY
INTERNATIONAL, INC.

Case Number: 98-2343 (DRD)



## JUDGMENT

In accordance with the Order of this same date, this case is hereby **DISMISSED WITH PREJUDICE** for Plaintiffs' unjustified inactivity in the prosecution of this case, and failure to comply with the Court's unambiguous Order.
**IT IS SO ADJUDGED AND DECREED.**

Date: March ____, 2001

P:\PeachOrders\98-2343 osc

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:          EOD:

By:             #