# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Yvette Vega Molina

CIVIL NO. 98-2343 (DRD)

v.

Defendant(s) The State Chemical Soles Company International, Inc.

| MOTION | ORDER |
|---|---|
| Docket entry no. 36 | ☒ GRANTED. |
| Date: May / 18 / 2001. | ☐ DENIED. |
| Title: Motion for Reconsideration of Order and for Leave to Oppose Plaintiff's Motion to Set Aside Judgment and Request to Continue Discovery | ☐ MOOT. |
| | ☐ NOTED. |
| Defendant is to file an opposition to motion to set aside judgment and set forth all the reasons why this case should be Dismissed with prejudice for want of prosecution by May 31, 2001. | |

IT IS SO ORDERED.

Date: May / 22 / 2001.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE