UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Yvette Vega Molina

CIVIL NO. 98-2343 (DRD)

v.

Defendant(s) The State Chemical Sales Company International, Inc. et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 38 | ☐ GRANTED. |
| Date: May 31, 2001 | ☒ DENIED. |
| Title: Opposition to Motion to Set Aside Judgment | ☐ MOOT. |
| | ☐ NOTED. |

Contrary to what defendant avers, plaintiff filed a timely opposition to defendant's Motion for Summary Judgment together with a Motion showing cause, why this case should not be dismissed for lack of prosecution. Therefore, defendant's request to dismiss the above captioned case is DENIED.

IT IS SO ORDERED.

Date: July 24, 2001

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

n/cc: Bello, William
7/26/01

39