UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

YVETTE VEGA MOLINA,

    Plaintiff,

v.     CIVIL NO. 98-2343 (DRD)

THE STATE CHEMICAL SALES
COMPANY INTERNATIONAL, INC.,
and JAIME RIVERA,

    Defendants.

**JUDGMENT**

    For the reasons set out in the Opinion and Order filed on this same date, the court hereby enters judgment **DISMISSING** the instant complaint **WITH PREJUDICE** and **WITH** the imposition of court **COSTS** and **ATTORNEY'S FEES**.

    **IT IS SO ORDERED.**

In San Juan, Puerto Rico, November 30, 2001.

**DANIEL R. DOMINGUEZ**
U.S. District Judge

N \98-2343 dismiss_granted.wpd

