

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YVETTE VEGA-MOLINA,
Plaintiff,

v.  CIVIL NO. 98-2343 (DRD)

THE STATE CHEMICAL SALES,
et als.,
Defendants.

## ORDER

On November 30, 2001 this Court dismissed Plaintiff's complaint and entered Judgment, awarding also costs and attorney's fees in favor of Defendants. (Docket No. 43). On December 19, 2001, Defendants timely filed an itemized and verified Bill of Costs, pursuant to 28 U.S.C. § 1924 and Local Rule 331.1. (Docket No. 44). More than ten (10) days have elapsed since the filing of this Bill of Particulars, without receiving any objections by Plaintiff. See Local Rule 331.2. Therefore, pursuant to Local Rule 331.3, the Clerk of the Court is hereby ordered to make a "determination as to each item of the costs," and tax Plaintiff, pursuant to Fed.R.Civ.P. 54(d).

Accordingly, Defendants Motion Submitting Bill of Costs and Brief Memorandum of Law in Support Thereof (Docket No. 44) is hereby **GRANTED**.

**IT IS SO ORDERED**.

Date: February /\, 2002.

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:          EOD:

By:             #47